**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00313-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RAFAEL ARMANDO ALVARADO,

      Defendant.

**ORDER**

THIS MATTER comes before the Court on the government's **Motion For Disclosure Of Grand Jury Material And A Protective Order** [#14] filed July 20, 2009, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same.

Therefore, it is **ORDERED** that the government's **Motion For Disclosure Of Grand Jury Material And A Protective Order** [#14] filed July 20, 2009, is granted, and that certain grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case.

It is further **ORDERED** that such materials shall only be used in defending this case; that such materials are to be disclosed only to defendant and his attorney; that the defense attorney shall maintain custody of such materials and shall not reproduce or disseminate the same without further order of this Court.

DATED July 20, 2009.

          BY THE COURT:

          Bob Blackburn

          Robert E. Blackburn
          United States District Judge