**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00313-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RAFAEL ARMANDO ALVARADO,

Defendant.

---

**MINUTE ORDER**[1]

---

On Thursday, September 17, 2009, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That the change of plea hearing is now set for **September 28, 2009**, commencing at 9:00 a.m.; and

2. That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: September 17, 2009

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.