**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00313-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RAFAEL ARMANDO ALVARADO,

      Defendant.

---

### MINUTE ORDER[1]

---

On January 13, 2010, the court conducted a telephonic setting conference. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Sentencing Hearing is set for **April 9, 2010**, at 10:00 a.m., at which counsel and the defendant shall appear without further notice or order; and

2. That to the extent necessary, the U.S. Marshal shall assist in securing the appearance of the defendant at the sentencing hearing.

Dated:  January 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.