**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00313-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RAFAEL ARMANDO ALVARADO,

    Defendant.

---

**MINUTE ORDER**[1]

---

    That on **July 8, 2011**, commencing 11:00 a.m., the court shall conduct a sentencing hearing in the above-captioned matter. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: February 11, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.