**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00313-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RAFAEL ARMANDO ALVARADO,

      Defendant.

---

### MINUTE ORDER[1]

---

After conferring with counsel for the government, and with the consent of defense counsel to find a date for the sentencing hearing in this matter,

**IT IS ORDERED** as follows:

1. That on **October 18, 2011**, commencing at 10:00 a.m., the court shall conduct the sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  August 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.